GORDON D. McAULEY (State Bar No. 99932)
GUMBINER & ESKRIDGE, LLP
2950 Buskirk Avenue, Suite 300
Walnut Creek, California 94597
Telephone: (925) 933-5800
Fax: (925) 933-5837

Attorneys for Defendants
NORTH AMERICAN VAN LINES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRA S. YOUNG,<br><br>        Plaintiff,<br><br>v.<br><br>NORTH AMERICAN VAN LINES, INC, an Indiana corporation,<br><br>        Defendant. | No. C 12-00257 JSW<br><br>[PROPOSED] ORDER GRANTING REQUEST OF DEFENDANT NORTH AMERICAN VAN LINES, INC. TO RESCHEDULE JUNE 1, 2012 CASE MANAGEMENT CONFERENCE |

    The Court, having considered the Request of Defendant North American Van Lines, Inc. to reschedule the June 1, 2012 Case Management Conference, finds that there is good cause to reschedule the Case Management Conference until after the July 13, 2012 hearing on Defendant's Motion to Dismiss Complaint. The Case Management Conference ~~is rescheduled to _____, 2012 at 1:30 p.m., in Courtroom 11, 19th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.~~ shall be reset by further order, if necessary.

Dated: May 25, 2012

                                            /s/ Jeffrey S. White
                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING REQUEST OF DEFENDANT NORTH AMERICAN VAN LINES, INC. TO RESCHEDULE CASE MANAGEMENT CONFERENCE Case No. C12-00257 JSW