1  GORDON D. McAULEY (State Bar No. 99932)
2  GUMBINER & ESKRIDGE, LLP
   2950 Buskirk Avenue, Suite 300
3  Walnut Creek, California  94597
   Telephone:  (925) 933-5800
4  Fax:  (925) 933-5837

5  Attorneys for Defendants
   NORTH AMERICAN VAN LINES, INC.
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 TERRA S. YOUNG,                          No. C 12-00257 JSW

11            Plaintiff,                    [PROPOSED] ORDER GRANTING
                                            REQUEST OF DEFENDANT NORTH
12    v.                                    AMERICAN VAN LINES, INC. TO
                                            RESCHEDULE JUNE 1, 2012 CASE
13 NORTH AMERICAN VAN LINES, INC, an        MANAGEMENT CONFERENCE
   Indiana corporation,
14
15
              Defendant.
16

17
       The Court, having considered the Request of Defendant North American Van Lines, Inc.
18
   to reschedule the June 1, 2012 Case Management Conference, finds that there is good cause to
19
   reschedule the Case Management Conference until after the July 13, 2012 hearing on
20
   Defendant's Motion to Dismiss Complaint.  The Case Management Conference ~~is rescheduled to~~
21
   ~~_____, 2012 at 1:30 p.m., in Courtroom 11, 19th Floor, Federal Building, 450 Golden Gate~~
22
   ~~Avenue, San Francisco, California.~~  shall be reset by further order, if necessary.
23

24

25
   Dated:  May 25         , 2012          *Jeffrey S. White*
26                                        JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE
27

28
   [PROPOSED] ORDER GRANTING REQUEST OF DEFENDANT NORTH AMERICAN
   VAN LINES, INC. TO RESCHEDULE CASE MANAGEMENT CONFERENCE Case No.
   C12-00257 JSW