IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRA S. YOUNG,

    Plaintiff,

    v.

NORTH AMERICAN VAN LINES,

    Defendant.

No. C 12-00257 JSW

**ORDER TO SHOW CAUSE**

    While Defendants' motion to dismiss the first amended complaint has been pending, the Court has twice granted Plaintiff relief to extend the deadline for her to file an opposition. Instead of filing such opposition by the extended deadline, however, Plaintiff has twice moved to transfer her own matter to another jurisdiction, has moved for discovery, has appealed the Court's denial to enter default judgment on appearing defendants, and has moved to amend her complaint for the third time.

    The Court HEREBY ISSUES this order to Plaintiff to SHOW CAUSE in writing by no later than **August 10, 2012**, why:

    (1) this Court should not dismiss this action and permit Plaintiff to re-file the action in another jurisdiction; or

    (2) in the alternative, should Plaintiff wish to remain in this jurisdiction, the Court requires that Plaintiff file a proposed amended complaint and set out the bases upon which the proposed amendments would cure the defects in pleading alleged in the pending motion to

dismiss.

(3) Should Plaintiff's proposed amendments not address these defects, Plaintiff is ordered to withdraw the motion to amend the complaint and instead, to file her opposition to the pending motion to dismiss the first amended complaint.

Should such an opposition or any response to this Order to Show Cause be filed, Defendants may file a response by no later than August 20, 2012 setting out their position on the response.

Plaintiff is admonished that the Court is not amenable to further extensions of time and seeks to resolve the pending motion to transfer and/or motion to dismiss forthwith. Failure to comply with this order shall result in dismissal of this action as barred by the statute of limitations.

Lastly, the hearing set for Friday, July 27, 2012 at 9:00 a.m. is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: July 25, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRA S. YOUNG,<br><br>        Plaintiff,<br><br>  v.<br><br>NORTH AMERICAN VAN LINES et al,<br><br>        Defendant.<br>_____/ | Case Number: CV12-00257 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 25, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Terra S. Young
5 Santo Domingo Trail, North
Corrales, NM 87048

Dated: July 25, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk