1

2

3

4

5

6                       IN THE UNITED STATES DISTRICT COURT

7

8                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   TERRA S. YOUNG,

10          Plaintiff,                              No. C 12-00257 JSW

11   v.

12   NORTH AMERICAN VAN LINES,             **ORDER OF DISMISSAL**

13          Defendant.

14

15   _____/

16          On July 25, 2012, this Court issued an order to show cause why this case should not be

17   dismissed upon failure to amend the complaint to address the concerns raised in the Defendants'

18   pending motion to dismiss the first amended complaint.  Instead of filing an opposition to the

19   motion to dismiss by the twice-extended deadline, Plaintiff had moved to transfer her own

20   matter to another jurisdiction, had moved for discovery, had appealed the Court's denial to enter

21   default judgment on appearing defendants, and finally, had moved to amend her complaint for

22   the third time.

23          Although the response to the order to show cause was due by no later than August 10,

24   2012, on August 13, 2012, this Court received Plaintiff's response.  In it, Plaintiff again

25   indicated her desire to transfer this case to the District of New Mexico and to be granted leave

26   to amend the complaint for a third time.  The Court finds the content of the claims in the

27   proposed second amended complaint suffer from the same defects in pleading alleged in the

28   pending motion to dismiss.  Vague claims about other potential activity warranting liability for

other

**United States District Court**
For the Northern District of California

potential claimants does not alter the fact that Plaintiff's claims are barred by the statute of limitations.

After many submissions, extensions of time, and multiple attempts to amend the complaint, the Court finds dismissal of this action is warranted as Plaintiff's claims are barred by the applicable statute of limitations.  Accordingly, this case is hereby DISMISSED.  A separate judgment shall follow and the Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: January 23, 2013

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

1

2                            UNITED STATES DISTRICT COURT

3                                      FOR THE

4                           NORTHERN DISTRICT OF CALIFORNIA

5

6
TERRA S. YOUNG,
7                                              Case Number: CV12-00257 JSW
              Plaintiff,
8                                              **CERTIFICATE OF SERVICE**

   v.
9
NORTH AMERICAN VAN LINES et al,
10
              Defendant.
11 _____/

12
I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
13 District Court, Northern District of California.

14 That on January 23, 2013, I SERVED a true and correct copy(ies) of the attached, by
   placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter
15 listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an
   inter-office delivery receptacle located in the Clerk's office.

16

17
Terra S. Young
18 5 Santo Domingo Trail, North
   Corrales,  NM 87048
19
   Dated: January 23, 2013
20                                             Richard W. Wieking, Clerk
                                               By: Jennifer Ottolini, Deputy Clerk
21

22

23

24

25

26

27

28

3