IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRA S. YOUNG,

    Plaintiff,

v.

NORTH AMERICAN VAN LINES,

    Defendant,

No. C 12-00257 JSW

**ORDER REVOKING *IN FORMA PAUPERIS* STATUS ON APPEAL**

The Court has received the notice from the United States Court of Appeals for the Ninth Circuit referring the matter to this Court for the limited purpose of determining whether *in forma pauperis* status should continue for this appeal or whether the appeal is frivolous or taken in bad faith. *See* 28 U.S.C. § 1915(a)(3); *see also Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of *forma pauperis* status is appropriate where district court finds the appeal to be frivolous). 28 U.S.C. 1915(a)(3) provides that an appeal may not be taken *in forma pauperis* if the district court certifies that it is taken in bad faith. The Court concludes that the appeal is not taken in good faith and DECLINES to permit Plaintiff to proceed *in forma pauperis* on appeal.

**IT IS SO ORDERED.**

Dated:

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TERRA S. YOUNG,

        Plaintiff,

  v.

NORTH AMERICAN VAN LINES et al,

        Defendant.
                                            /

Case Number: CV12-00257 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 22, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Terra S. Young
5 Santo Domingo Trail, North
Corrales, NM 87048

Dated: March 22, 2013

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk